IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIMUANA BUTLER**                                                                                                    **PLAINTIFF**

v.                              **Case No. 4:20-cv-00493 KGB**

**CRENSHAW TRANSPORT, LLC,** *et al.*                                                          **DEFENDANT**

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 30). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. All claims in this matter, including the complaint and any counterclaims, cross claims, and third-party claims are dismissed with prejudice.

It is so ordered this 17th day of August 2022.

Kristine G. Baker
United States District Judge